IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD AMAVISCA NINO,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**KEN CLARK, Warden, et al.,**<br><br>　　　　　　　　　　　Respondents. | 1:06-cv-00988-LJO TAG (HC)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 13) |

　　Respondent has requested an extension to time to respond to Petitioner's petition for writ of habeas corpus. (Doc. 13).

　　Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have to and including April 4, 2008, to file a response to the petition.

IT IS SO ORDERED.

Dated:　**March 5, 2008**　　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE