1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  MICHAEL P. FARRELL
   Senior Assistant Attorney General
4  JULIE A. HOKANS
   Supervising Deputy Attorney General
5  PETER W. THOMPSON, State Bar No. 143100
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 327-7876
8   Fax:  (916) 324-5567
    Email:  Peter.Thompson@doj.ca.gov
9
   Attorneys for Respondent
10

11          IN THE UNITED STATES DISTRICT COURT

12         FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  **RICHARD AMAVISCA NINO,**                    1:06-cv-00988-LJO-TAG HC

15                               Petitioner,   **ORDER GRANTING**
                                               **REQUEST FOR EXTENSION**
16            **v.**                             **OF TIME TO FILE A**
                                               **RESPONSE**
17  **KEN CLARK, Warden, et al.,**
                                               (Doc. 15)
18                             Respondents.

19

20          Upon considering Respondent's request, and good cause appearing therefore,

21  Respondent shall have 30 days from service of this order to file a response to Petitioner's

22  application for writ of habeas corpus.

23

24  IT IS SO ORDERED.

25  Dated:  **March 27, 2008**                    _____**/s/ Theresa A. Goldner**_____
                                                 UNITED STATES MAGISTRATE JUDGE
26  _____

27

28