IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD AMAVISCA NINO,** | 1:06-cv-00988-LJO-TAG (HC) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S THIRD REQUEST FOR AN EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **KEN CLARK, Warden, et al.,** | |
| Respondents. | Deadline to File Response: May 27, 2008 |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have until May 27, 2008 to file and serve a response to Petitioner's application for writ of habeas corpus.

IT IS SO ORDERED.

Dated:  **May 13, 2008**                                   /s/ Theresa A. Goldner
                                                                          UNITED STATES MAGISTRATE JUDGE